**Morton R. SETLIFF, Plaintiff–Appellant,**

v.

**VA. PAROLE BOARD, Va Doc Parole Board; Gov. Tim Kaine, Va. Governor, Defendants–Appellees.**

No. 08–7654.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 13, 2009.

Decided: Jan. 16, 2009.

Morton R. Setliff, Appellant Pro Se.

Before WILLIAMS, Chief Judge, and TRAXLER and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Morton R. Setliff appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Setliff v. Va. Parole Bd.,* No. 2:08–cv–00310–MSD–JEB (E.D. Va. filed Aug. 4, 2008; entered Aug. 5, 2008). We deny Setliff's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*